UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH COTTER, as she is ADMINISTRATOR, PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35 TRUST FUNDS,<br>　　　　Plaintiff,<br><br>vs.<br><br>COASTAL GLASS & ALUMINUM CO., INC., and COASTAL GLASS & ALUMINUM CO., LLC,<br>　　　　Defendants, and<br><br>ENTERPRISE BANK,<br>　　　　Trustee Process Defendant. | C.A. No. 1:21-cv-11364-DLC |

## **DEFAULT JUDGMENT**

Defendants Coastal Glass & Aluminum Co., Inc., and Coastal Glass & Aluminum Co., LLC, having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiff and Declarations demonstrating that Defendants Coastal Glass & Aluminum Co., Inc., and Coastal Glass & Aluminum Co., LLC, owes Plaintiff the sum of $43,216.75 for the month of February 2022 and due to prior late payments of contributions, that the Defendant is not an infant or an incompetent person or in the military service of the United States, and that Plaintiff has incurred fees and costs of $4,081.66 (included within the figure of $43,216.75).

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs recover from Defendants Coastal Glass & Aluminum Co., Inc., and Coastal Glass & Aluminum Co., LLC,, unpaid principal benefit contributions for hours reported from February 2022 in the amount of

2

$27,824.02; prejudgment interest on those delinquent principal benefit contributions in the amount of $417.36; prejudgment interest on late-paid principal benefit contributions in the amount of $5,328.86; liquidated damages in the amount of $5,564.85; and legal fees and costs of collection in the amount of $4,081.66.

                                                                                                     /s/ Caetlin McManus  
                                                                                                     Deputy Clerk

Dated: 8/23/2022

Note: The post judgment interest rate effective this date is 3.25 %.